IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

THERESA ROEDER, as the Administratrix of the
Estate of ESTHER KAY ROEDER, deceased, and
on behalf of the wrongful death beneficiaries of
ESTHER KAY ROEDER; TARA ROEDER, as the
Administratrix of the Estate of BRUCE WAYNE
ROEDER, and on behalf of the wrongful death
beneficiaries of BRUCE WAYNE ROEDER; and
TARA ROEDER, as the Administratrix of the
Estate of DEBORAH BUSBY ROEDER,
and on behalf of the wrongful death beneficiaries of
DEBORAH BUSBY ROEDER                                              PLAINTIFFS


VS.                             CASE NO. 12-CV-6120


UNITED STATES OF AMERICA;
JAMES S. WATSON, in his individual and official
capacity, GLORIA MAPLES CHRISMER, in her
individual and official capacity, NORMAL L WAGONER,
in his individual and official capacity, JAMES B. KOZIK,
in his individual and official capacity, and John Does 1-5,
in their individual and official capacity                         DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Strike Docket Entry No. 58. ECF No. 59. Plaintiffs move the Court to strike from the docket Plaintiff's Supplemental Memorandum of Law in Response to Defendant's Motion to Dismiss Amended Complaint. ECF No. 58. Plaintiffs state that the Memorandum of Law was prematurely filed. Defendants do not object to Plaintiffs' motion. Upon consideration, the Court finds that Plaintiffs' Motion to Strike should be and hereby is GRANTED. Plaintiffs' Supplemental Memorandum of Law (ECF No. 58) is stricken from the record.

**IT IS SO ORDERED**, this 19th day of June, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge