IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**MINUTES**

PLAINTIFF: Moss, et al.
ATTY:

JUDGE: Susan O. Hickey, U. S. District Judge
REPORTER: Felisha Burson
CLERK: Robin Gray

DEFENDANT: United States of America
ATTY: Deborah F. Groom

CASE NO.:
INTERPRETER:
DATE: June 20, 2014

ACTION: Telephonic Status Conference

| TIME | MINUTES |
|---|---|
| 10:00 am | Court convenes. |
| | Status Conference re: |
| | 4:12-CV-4030 Moss, et al. v. USA - Lance Lee appearing on behalf of the Plaintiffs. |
| | 4:12-CV-4034 Johnston v. USA - Mickey Buchanan appearing on behalf of the Plaintiff. |
| | 4:12-CV-4035 Jez v. USA - Mickey Buchanan appearing on behalf of the Plaintiff. |
| | 4:12-CV-4081 Sultz, et al. v. USA - Richard Mays and Kelvin Wyrick appearing on behalf of the Plaintiffs. |
| | 4:12-CV-4111 Smith, et al. v. USA - Lee Ayres appearing on behalf of the Plaintiffs. |
| | 4:12-CV-4114 Basinger v. USA - Rendi Beth Wiggins appearing on behalf of the Plaintiff. |
| | 4:12-CV-4134 Willis v. USA - David Carter appearing via telephone on behalf of the Plaintiff. |
| | 4:12-CV-4146/4:12-CV-4020 McMaster v. USA - Rendi Beth Wiggins appearing on behalf of the Plaintiff. |
| | 4:12-CV-4157 Shumake v. USA - Kent Spence/Noah Drew appearing via telephone on behalf of the Plaintiff. |
| | 6:12-CV-6120 Roeder, et al. v. USA, et al. - Chad Trammell appearing on behalf of Plaintiffs. Rodney Moore appearing on behalf of Individual Defendants. |
| | 4:13-CV-4018 Rachel, et al. v. USA - Rendi Beth Wiggins appearing on behalf of the Plaintiffs. |
| | The parties have conferred regarding limited discovery issues, as well as, consolidation of cases and will submit a proposed order for the Court's approval. |
| | The Court will issue orders on the pending Motions to Lift Stay. |
| | By oral consent of the parties, 6:12-CV-6120 Roeder, et al. v. USA, et al. is hereby transferred to the Texarkana Division. |
| | The Court will schedule a status conference for August, 2014. |
| 10:45 am | Court adjourned. |